|   |   |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **DISTRICT OF NEVADA** |

MARK JOHN BUDETICH,  )
                     )  2:09-cv-00232-RCJ-GWF
        Plaintiff,   )
                     )
    vs.              )  **ORDER**
                     )
AARGON COLLECTION AGENCY, *et al.*, )
                     )
        Defendants.  )

Before the Court for consideration is the Findings and Recommendation (#16) of Magistrate Judge George W. Foley, entered July 14, 2009.

The Court has conducted a review of the record in this case and plaintiff's Objection filed thereto. Upon finding that plaintiff failed to properly address and brief the objectionable issues raised within the Findings and Recommendation, the Court determines that the Findings and Recommendation (#16) of the United States Magistrate Judge entered July 14, 2009, should be affirmed. As such,

IT IS HEREBY ORDERED that Magistrate Judge Foley's Findings and Recommendation (#16) be affirmed and adopted and that Plaintiff's Amended Complaint (#6) should be **DISMISSED WITH PREJUDICE** based on Plaintiff's failure to pay the complaint filing fee or file an application to proceed *in forma pauperis* within the time allotted by the Court.

IT IS FURTHER ORDERED that all remaining outstanding motions are denied as MOOT.

DATED:   August 18, 2009

_____
UNITED STATES DISTRICT COURT